# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07CR368 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BECKY LYNN HASS and ) | |
| DARRELL EDWARD FORD, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the motions for an extension of time by defendants Becky Lynn Hass (Hass) (Filing No. 18) and Darrell Edward Ford (Ford) (Filing No. 19). Defendants seek additional time in which to file pretrial motions pursuant to the progression order (Filing No. 11). Upon consideration, the motions will be granted

**IT IS ORDERED:**

Defendant Hass's motion (Filing No. 18) and defendant Ford's motion (Filing No. 19) for an extension of time are granted. The defendants are given until **on or before December 26, 2007,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **November 27, 2007 and December 26, 2007**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 27th day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge