## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:07CR368 |
| vs. | ) | ORDER |
| **DARRELL EDWARD FORD,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Darrell Edward Ford (Ford) to sever (Filing No. 30). Ford seeks a severance of the trial on the charges against him from that of his co-defendant, Becky Lynn Hass (Hass). Ford asserts Hass has made an extrajudicial incriminating statement implicating Ford and there should be separate trials in accordance with ***Bruton v. United States***, 391 U.S. 123 (1968).

Upon consideration, Ford's motion to sever will be granted.

**IT IS ORDERED:**

1. Ford's motion to sever (Filing No. 30) is granted.
2. The charges against Ford and Hass will be tried at separate jury trials.

DATED this 2nd day of January, 2008

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge