# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07CR368** |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **BECKY LYNN HASS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The joint motion to continue the plea hearing (Filing No. 37) is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **February 13, 2008** at **9:30 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **January 29, 2008** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 29th day of January, 2008.

BY THE COURT:


s/ Thomas D. Thalken
United States Magistrate Judge