# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR368** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **BECKY LYNN HASS,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to file objections to the Presentence Investigation Report ("PSR") out of time (Filing No. 78).

IT IS ORDERED that the Defendant's motion for leave to file objections to the Presentence Investigation Report ("PSR") out of time (Filing No. 78) is granted.

DATED this 30th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge